UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ORA EVANS ET AL** | **CIVIL ACTION NO. 24-cv-892** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CATO CORP ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 13] previously filed herein, having thoroughly reviewed the record, including the Objections filed aby Defendant Cato Corp. [Doc. No. 14], and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Remand [Doc. No. 8] filed by Plaintiffs' Ora Evans and Joseph Evans (collectively Plaintiffs") is **GRANTED**, and this mater is **REMANDED** to the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana, whence it was removed.

**IT IS FURTHER ORDERED** that Plaintiffs' associated request for costs, expenses, and/or fees [Doc. No. 8] is **DENIED.**

**MONROE, LOUISIANA**, this 31st day of October 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE